MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH

BERRAN, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ROSE M. PALMER and LILLIAN PALMER, Appellants, v. ROTARY REALTY CO., INC, and Others, Respondents.— Motion to hear appeal on original papers denied Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.